Date: 11/19/10                                                                                            Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 08-32845 - ZACHARIAS, RODNEY CARL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| eCAST Settlement Corporation  Assignee of HSBC Bank Nevada  Bass & Associates, P.C.  3936 E. Ft. Lowell Road, Suite #200  Tucson, AZ 85712  FINAL DISTRIBUTION  4302 | 000003 | 48.88 | 1.31 |
| ---------- Remittance Total ---------------- | | 48.88 | 1.31 |

*John A. Hedback, Trustee*

Rec. # 3012

RECEIVED 10 NOV 22 AM 11:06 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                                                          Printed: 11/19/10 10:34 AM    Ver: 16.00a